## No. 12,876.

PUGH & MCKOIN VS. ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY COMPANY. IN RE PUGHH & MCKOIN APPLYING FOR CERTIORARI OR WRIT OF REVIEW TO THE COURT OF APPEALS, SECOND CIRCUIT.

*Newton & Vaughan* for Petitioners.

*Hudson, Potts & Bernstein* for Defendant Railway Company.

Submitted June 18, 1898.

Opinion handed down December 2, 1898.

The opinion of the court was delivered by

WATKINS, J.   In onr opinion this application presents an alleged erroneous ruling of the Court of Appeals upon a question of fact not examinable under Art. 101 of the Constitution. The writ applied for is therefore refused.